MARY BURNS SCANLON, as Administratrix, etc., of JAMES A. SCANLON, Deceased, Respondent, v. KATHERINE B. WOOD, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of .$20,557.96; in which event the judgment as so modified is affirmed, without costs.

No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.